1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9

10 | PABLO CRUZ CUEVAS,   ) Case No.: 5:21-cv-02177-SHK
      )
11 |       Plaintiff,   ) {~~PROPOSED~~} ORDER AWARDING
      ) EQUAL ACCESS TO JUSTICE ACT
12 |   vs.   ) ATTORNEY FEES AND EXPENSES
      ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | KILOLO KIJAKAZI,   ) AND COSTS PURSUANT TO 28
     Acting Commissioner of Social   ) U.S.C. § 1920
14 | Security,   )
      )
15 |       Defendant   )
      )

16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $5,200.00 as

20 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21 awarded subject to the terms of the Stipulation.

22 DATE: 2/23/2023

23     _____
     THE HONORABLE SHASHI KEWALRAMANI
24     UNITED STATES MAGISTRATE JUDGE

25

26

-1-